**LEGAL AID FOUNDATION OF LOS ANGELES**
Barbara Schultz (SBN 168766)
BSchultz@lafla.org
1550 W 8th St
Los Angeles, CA 90017
Phone: (213) 640-3823
Fax: (213) 640-3850

**HOUSING RIGHTS CENTER**
Michelle Uzeta (SBN 164402)
muzeta@hrc-la.org
520 S. Virgil Ave., Suite 400
Los Angeles, CA 90020
Phone: (213) 387-8400
Fax: (213) 381-8555

## IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARIA MEJIA, an individual**  <br><br>   Plaintiff,  <br><br>    vs.  <br><br> **JOSEPH COMONFORT, an individual**  <br><br>   Defendant. | CASE NO.   CV10-05767 ODW (JCx)  <br><br> **PRELIMINARY INJUNCTION ORDER** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

The Order to Show Cause why a preliminary injunction should not issue came for hearing before this Court in Courtroom 11 at 3:00 p.m on August 13, 2010.  Plaintiff Maria Mejia appeared by Counsel, Barbara Schultz of Legal Aid Foundation of Los Angeles and Michelle Uzeta of Housing Rights Center.   Defendant did not appear. Upon consideration for motion for preliminary injunction, and for good cause shown,

IT IS HEREBY ORDERED as follows:

### Preliminary Injunction Order

Based on Plaintiff's application for a temporary restraining order, the pleadings, declarations and exhibits in support of this application, and upon the affidavit of Plaintiff's counsel that notice was provided to Defendant in advance of this application, the Court finds that Plaintiff has demonstrated that serious irreparable hardship will occur unless an injunction is granted, Plaintiff has a substantial likelihood of success on the merits of her claims, and the balance of hardships tips sharply in favor of Plaintiff. The Court further finds that the public interest will be served by ensuring that Defendant complies with the requirements of Federal and State anti-discrimination and civil rights statutes.

Accordingly,

IT IS HEREBY ORDERED that Defendant, his officers, agents, employees and attorneys, and all persons acting by, through, under, or in concert with him are HEREBY RESTRAINED AND ENJOINED from:

A. Taking any steps to rent the residential rental unit located at 153 ½  S. Anderson Street, in Los Angeles, California, to anyone other than Plaintiff, (or, if 153 ½ S. Anderson is unavailable, from renting the first available ground-floor unit to anyone other than Plaintiff);

  B. Discriminating in the terms, conditions, or privileges of Plaintiff's rental of the subject property, or in the provision of services or facilities in connection with the subject property because of her disability; and

  C. Coercing, intimidating, threatening, or interfering with Plaintiff in the exercise or enjoyment of the rights granted or protected under the Federal Fair Housing Amendments Act and California Fair Employment and Housing Act.

This Order and all papers submitted in support of Plaintiff's *ex parte* application and motion for preliminary injunction shall be served on Defendants by overnight delivery by no later than August 18, 2010.

IT IS SO ORDERED.

Dated: August 13, 2010

_____
HONORABLE OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE